UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DON R. BUDD,

    Plaintiff,

v.

BRONSON HEALTHCARE GROUP, et al.,

    Defendants.

_____/

Case No. 1:23-cv-606

HONORABLE PAUL L. MALONEY

## JUDGMENT

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that that Judgment is entered.

Dated:  July 31, 2023

    /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge